**No. 55807.**—Crownford China Co., Inc., and Ira Furman Co. *v.* United States, protests 158362–K .and 168287–K (A) (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55808.**—Batea Trading Company et al. *v.* United States, protests 162714–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55809.**—Brandeis Youth Foundation et al. *v.* United States, protests 163866–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

AUGUST 9, 1951

**No. 55810.**—Strachan Shipping Company *v.* United States, protest 134464–K.— —C. D. 1340. Motion of Government for rehearing denied.

AUGUST 8, 1951

**No. 55811.**—SUIT 4663.—Wm. S. Pitcairn Corp. *v.* United States.— —C. D. 1277 reversed June 5, 1951. C. A. D. 458.

**No. 55812.**—SUIT 4678.—United States *v.* Geo. Wm. Rueff, Inc.– —C. D. 1301. (Appeal dismissed June 5, 1951.)